# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN GILMORE and KAREN GILMORE, h/w<br>Plaintiffs, | No. 4:17-CV-01781-YK<br><br>JURY TRIAL DEMANDED |
| v. | |
| NEIL R. HOLLAND, M.D.,<br>RANDLE H. STORM, M.D.,<br>GEISINGER MEDICAL CENTER,<br>GEISINGER CLINIC d/b/a<br>GEISINGER MEDICAL GROUP,<br>GEISINGER HEALTH SYSTEM<br>FOUNDATION d/b/a GEISINGER<br>HEALTH SYSTEM,<br>JOHN DOES 1-10,<br>JANE DOES 1-10, | |
| And | |
| ABC CORPORATION 1-10,<br>Defendants. | (Honorable Yvette Kane) |

## STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT GEISINGER HEALTH SYSTEM FOUNDATION d/b/a GEISINGER HEALTH SYSTEM

IT IS HEREBY represented, warranted, stipulated and agreed by and between the undersigned, who are authorized to sign this Stipulation on behalf of their clients, that Plaintiffs voluntarily dismiss, without prejudice, the following

claims against Defendant Geisinger Health System Foundation d/b/a Geisinger Health System ("GHSF") as set forth in Plaintiffs' Complaint (Doc. 1):

1. Plaintiffs' claim of vicarious liability for medical malpractice (Doc. 1, Count VIII);

2. Plaintiffs' claim for loss of consortium (Doc. 1, Count IX); and

3. Plaintiffs' claims of negligent infliction of emotional distress (Doc. 1, Count XI).

The undersigned further stipulate that dismissal of Geisinger Health System Foundation d/b/a Geisinger Health System is based upon the representation of its undersigned counsel that:

4. At the time of the allegations in Plaintiffs' Complaint, GHSF was a non-profit corporation organized and operating under the laws of the Commonwealth of Pennsylvania with its principal place of business at 100 North Academy Avenue, Danville, Montour County, Pennsylvania 17822;

5. GHSF is not a licensed health care provider;

6. GHSF is not a health care provider as defined under the Medical Care and Reduction of Error Act ("MCARE");

7. GHSF was not involved in the medical care and/or treatment of Plaintiff, Steven Gilmore which is the subject of this action;

8. GHSF did not employ any of the named physician Defendants and/or any other health care providers involved in the medical care and treatment of Plaintiff, Steven Gilmore;

9. GHSF did not direct or control the medical care and/or treatment provided to Plaintiff, Steven Gilmore;

10. Plaintiffs shall have the right to re-join Defendant Geisinger Health System Foundation d/b/a Geisinger Health System at any time up to and including 30 days following the end of discovery. The end of discovery shall be that date set by the applicable case management deadline or that date agreed upon by counsel, whichever is later;

11. The action shall continue as to all remaining defendants;

12. The case caption is hereby amended to omit reference to Geisinger Health System Foundation d/b/a Geisinger Health System as follows:

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEPHEN GILMORE and KAREN GILMORE, h/w<br>　　　Plaintiffs,<br><br>v.<br><br>NEIL R. HOLLAND, M.D.,<br>RANDLE H. STORM, M.D.,<br>GEISINGER MEDICAL CENTER,<br>GEISINGER CLINIC d/b/a<br>GEISINGER MEDICAL GROUP, | : : : : : : : : : : : | No. 4:17-CV-01781-YK<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| JOHN DOES 1-10, | : |
| JANE DOES 1-10, | : |
| | : |
| And | : |
| | : |
| ABC CORPORATION 1-10, | : |
| Defendants. | : (Honorable Yvette Kane) |

13. Counsel have been duly authorized by their respective clients to enter into this Stipulation;

14. This Stipulation may be executed in counterparts.

By: /s/*James Hockenberry*
Leon Aussprung, Esquire
PA I.D. No. 80183
James E. Hockenberry, Esquire
PA I.D. No. 91133
Law Office of Leon Aussprung, M.D., LLC
1429 Walnut Street, Ste. 300
Philadelphia, PA 19102
*Counsel for Plaintiffs*
  *Stephen Gilmore and Karen Gilmore*

Date: December 4, 2017

By: /s/*Donald B. Zaycosky*
Donald B. Zaycosky, Esquire
PA I.D. No. 91821
Department of Legal Services
Geisinger System Services
100 North Academy Avenue
Danville, PA 17822-4031
*Counsel for Defendant*
*Neil R. Holland, M.D.*

Date: December 4, 2017

4

Date: December 4, 2017

By: */s/ Kevin C. Cottone*
Kevin C. Cottone, Esquire
PA I.D. No. 72775
WHITE AND WILLIAMS, LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
*Counsel for Defendant*
*Randle H. Storm, M.D.*

Date: December 4, 2017

By: */s/Sarah W. Arosell*
Sarah W. Arosell, Esquire
PA I.D. No. 58797
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
*Counsel for Defendants*
*Geisinger Medical Center, Geisinger Clinic*
*d/b/a Geisinger Medical Group, and*
*Geisinger Health System Foundation d/b/a*
*Geisinger Health System*

5

# **CERTIFICATE OF SERVICE**

I, Kathy L. Sitler, of the law firm of Thomas, Thomas & Hafer, LLP, hereby certify that I caused to be served a true and correct copy of the foregoing **Stipulation to Dismiss** was served electronically by the Court's Electronic Filing System on the following:

H. Leon Aussprung, Esq.
James E. Hockenberry, Esq.
Law Offices of Leon Aussprung, M.D., LLC
1429 Walnut Street, Suite 300
Philadelphia, PA 19102
LA@AussprungLaw.com
JH@AussprungLaw.com

Donald B. Zaycosky, Esquire
Department of Legal Services
Geisinger System Services
100 North Academy Avenue
Danville, PA 17822-4031
dbzaycosky@geisinger.edu

Kevin C. Cottone, Esquire
White and Williams, LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103-7395
cottonek@whiteandwilliams.com

And by placing a copy of same in the United States mail, first class, postage prepaid, to the following:

John Does 1-10
c/o Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822

Jane Does 1-10
c/o Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822

ABC Corporation 1-10
c/o Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822

_Kathy L. Sitler_ (signature)
Kathy L. Sitler

DATE: December 4, 2017

2858528.1