IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN GILMORE, et al., | : | |
| Plaintiffs | : | No. 4:17-cv-01781 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| NEIL R. HOLLAND, M.D., et al., | : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 6th day of December 2017, **IT IS ORDERED THAT**:

1. The stipulation to dismiss claims against Defendant Geisinger Health System Foundation, d/b/a/ Geisinger Health System (Doc. No. 21), is **APPROVED**;

2. Defendant Geisinger Health System Foundation, d/b/a Geisinger Health System's motion to approve stipulation (Doc. No. 22), is **GRANTED**;

3. All claims against Defendant Geisinger Health System Foundation, d/b/a Geisinger Health System set forth in Plaintiff's Complaint (Doc. No. 1), are **DISMISSED** without prejudice; and

4. The Clerk of Court is directed to **TERMINATE** Defendant Geisinger Health System Foundation, d/b/a Geisinger Health System from the above-captioned action.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania