IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STEPHEN GILMORE, et al., :
    Plaintiffs : No. 4:17-cv-01781
:
v. : (Judge Kane)
:
NEIL R. HOLLAND, M.D., et al., :
    Defendants :

# ORDER

**AND NOW**, on this 28th day of February 2018, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. No. 17), is **GRANTED**;

2. Plaintiffs' federal claim under the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. § 1395dd, et seq., is **DISMISSED** with prejudice;

3. The remaining state law claims asserted in Plaintiffs' complaint (Doc. No. 1, Counts I – VII, IX and XI), are **DISMISSED** without prejudice as to Plaintiffs' right to file an action asserting these claims in state court; and

4. The Clerk is directed to **CLOSE** this case.

                                                  s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania